UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MICHAEL KIRKLAND et al., ) <br> ) <br> Defendants. ) | Case No. CV416-117 |

## ORDER

The Court having reviewed and considered the petition of Jeffrey D. Cohen of the law firm of Keenan Cohen & Merrick, PC, One Pitcairn Place, Suite 2400, 165 Township Line Rd., Jenkintown, Pennsylvania 19046, for permission to appear pro hac vice on behalf of plaintiff CSX Transportation, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Jeffrey D. Cohen as counsel of record for plaintiff CSX Transportation, Inc., in this case.

**SO ORDERED** this __26th__ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA