IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CSX TRANSPORTATION, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-117
)
JAMES MICHAEL KIRKLAND; )
TRANSPORTATION INC AGENT )
GROUP, INC; HUDSON INSURANCE )
COMPANY; NEW HAMPSHIRE )
INSURANCE COMPANY; and CDS )
TRANSPORT, INC.; )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 42.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Hudson Insurance Company are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees.

SO ORDERED this 20th day of December 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA