**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

CSX TRANSPORTATION, INC.,  )
                            )
    Plaintiff,          )
                            )
v.                        )      CASE NO. CV416-117
                            )
JAMES MICHAEL KIRKLAND;  )
TRANSPORTATION INC AGENT  )
GROUP, INC; NEW HAMPSHIRE  )
INSURANCE COMPANY; and CDS  )
TRANSPORT, INC.;          )
                            )
    Defendants.        )
                            )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 59.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant CDS Transport, Inc. are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees.

SO ORDERED this 22nd day of March 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA